**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARY-ELIZA SCHMIDT; AUSTIN WALKER; SHERYL RENEE DAVIDSON; and BRUCE F. THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>MOSS LANDING POWER COMPANY, LLC; MOSS LANDING ENERGY STORAGE 3, LLC; VISTRA CORP.; DYNEGY OPERATING COMPANY; VISTRA CORPORATE SERVICES COMPANY; LG ENERGY SOLUTION, LTD; L.G. ENERGY GROUP, LLC; LG ENERGY SOLUTION ARIZONA, INC.; LG ENERGY SOLUTION MICHIGAN, INC.; LG ENERGY SOLUTION VERTECH, INC.; PACIFIC GAS AND ELECTRIC COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:25-cv-02475-SK<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

# ORDER

On March 12, 2025, Defendants Moss Landing Power Company LLC, Moss Landing Energy Storage 3, LLC, Vistra Corp., Dynegy Operating Company, and Vistra Corporate Services Company (collectively, "Vistra Defendants") filed an Administrative Motion to File Under Seal an exhibit filed in conjunction with their Notice of Removal.  Upon consideration of the amended request, seeking to seal only portions of the exhibit, the Court GRANTS the motion.  The following portions of the exhibit shall be filed under seal:

| Document | Portion of Document Sought to be Sealed |
|---|---|
| Exhibit A PG&E RA Agreement | Page 6, Term 1.1(d), after "delivered" |
| Exhibit A PG&E RA Agreement | Page 7, Term 1.3, entire paragraph after "Delayed" |
| Exhibit A PG&E RA Agreement | Page 7, Term 2.1, between "than" and "prior," and between "Date" and "The Conditions" |
| Exhibit A PG&E RA Agreement | Page 8, Term 2.3(a), between "than" and "beyond" |
| Exhibit A PG&E RA Agreement | Page 8, Term 2.4(a) between "amount of" and "all or any" |
| Exhibit A PG&E RA Agreement | Page 9, Term, 3.2(a)(iv) between "Contract Price" and "for all" |
| Exhibit A PG&E RA Agreement | Page 11, Term 4.1(b) between "the CAISO is" and "This termination" |
| Exhibit A PG&E RA Agreement | Page 13, Term 5.1 between "Seller for" and "as shown" and below the last line stating "as shown in the equation below" |
| Exhibit A PG&E RA Agreement | Page 13, Term 5.2 between "to Buyer" and "In no event" |
| Exhibit A PG&E RA Agreement | Page 13, Term 6.1 after "as follows:" |
| Exhibit A PG&E RA Agreement | Page 14, Term 7.1(a)(i)-(iii), (vii) after "Delivery Term," and (viii) after "Delivery Term" |
| Exhibit A PG&E RA Agreement | Page 15, Term 7.1(b)(i)-(vi) |
| Exhibit A PG&E RA Agreement | Page 17, Term 8.1(d)(i)(A) |
| Exhibit A PG&E RA Agreement | Page 19, Term 10.4(a)(i)(A)–(B)" |
| Exhibit A PG&E RA Agreement | Pages 19–20, Term 10.4(a)(ii) after "Initial Delivery Date" |

| | |
|---|---|
| Exhibit A PG&E RA Agreement | Page 27, Term 14.3(f) between "towards" and "of Buyers" |
| Exhibit A PG&E RA Agreement | Page 29, Term 15.7(a)(ii) and (b)(ii) |
| Exhibit A PG&E RA Agreement | Page 30, Term 15.7(c)(ii) and (d)(ii) |
| Exhibit A PG&E RA Agreement | Page 58, Appendix II after "e.g. PG&E," after "e.g. NP-15," after "CAISO Grid," after "PNode," after "Resource ID," after "interconnection address," after "Substation," and after "Nameplate capacity" |
| Exhibit A PG&E RA Agreement | Page 59, Appendix III after "power (Dmax)," after "power (Dmin)," after "constant Dmax," after "power (Cmax)," after "power (Cmin)," after "constant Cmax," after "fully discharge," after "fully charge," and after "efficiency" |
| Exhibit A PG&E RA Agreement | Page 62, Appendix V number 3 between "Initial Delivery Date" and "as measured relative" |
| Exhibit A PG&E RA Agreement | Page 62, Appendix V number 4 between "Initial Delivery Date" and "as measured relative" |
| Exhibit A PG&E RA Agreement | Page 87, Appendix X, left column, after "BNK," between "ABA:" and "0021," between "ACCT:" and "8059," between "DUNS" and "9136," between "Number:" and "7827" |
| Exhibit A PG&E RA Agreement | Page 87, Appendix X, right column, after "Candice Chan," under Mail Address and after "Phone," after "Azmat Mukhtar," under "Invoices and Payments" and after "Phone," under "Credit and Collections" and after "Credit Risk Management," under "Credit and Collections" and after "Phone," under "Credit and Collections" and after "Fax," after "Mike Gonzales," and under "Contract Manager" and after "Phone" |

**IT IS SO ORDERED.**

DATED: March 19, 2025

_____
The Honorable Sallie Kim
U.S. Magistrate Judge