Knut S. Johnson (SBN 125725)
kjohnson@singletonschreiber.com
**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. (619) 771-3473

Marianna Sarkisyan (*Pro Hac Vice*)
msarkisyan@singletonschreiber.com
**SINGLETON SCHREIBER, LLP**
1641 N. Downing Street
Denver, CO 80218
Tel. (619) 604-3016

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARY-ELIZA SCHMIDT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MOSS LANDING POWER COMPANY, LLC, et al.,<br><br>    Defendants. | Case No. 4:25-CV-02475-YGR<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL OF PLAINTIFF ANTOINETTE LECHTENBERG WITHOUT PREJUDICE**<br><br>[Removal from the Superior Court of the State of California, Alameda County, Case No. 25CV109594]<br><br>Judge Yvonne Gonzalez Rogers<br><br>Action Filed:    February 4, 2025<br>Case Removed:  March 12, 2025 |

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby dismiss Plaintiff Antoinette Lechtenberg without prejudice.

Dated: April 29, 2025                    Respectfully submitted,

                                                    **SINGLETON SCHREIBER, LLP**

                                                    By:    */s/Knut S. Johnson*
                                                              Knut S. Johnson (SBN 125725)
                                                              Marianna Sarkisyan (*Pro Hac Vice*)

                                                      *Attorneys for Plaintiffs*

                                                                   Case No. 4:25-cv-02475-YGR